LUTHER SNAVELY, ESQ.
NEVADA BAR NO. 5507
MARILYN CASTON, ESQ.
NEVADA BAR NO. 11654
REZA ATHARI & ASSOCIATES, PLLC
3365 PEPPER LANE, SUITE 102
LAS VEGAS, NEVADA 89120
Ph#: (702) 727-7777
Email: luthersnavely@atharilaw.com
Fax#: (702) 458-8508
ATTORNEY FOR PETITIONER SERGIO MARTINEZ

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SERGIO MARTINEZ,<br><br>  Petitioner,<br>vs.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>  Respondents. | Case No.: 2:17-cv-0471-RFB-VCF |

## JOINT STIPULATION AND ORDER TO STAY DISCOVERY AND TO STAY THE FILING OF THE DISCOVERY PLAN AND SCHEDULING ORDER

The Petitioner and the Respondents, by and through their respective attorneys, hereby join in respectfully requesting that the Court order that Discovery as well as the filing of the Discovery Plan and Scheduling Order be stayed until after the Respondents file their Answer in this case.

On February 14, 2017, the Petitioner filed his Petition for Judicial Review of the Respondents' decision to deny his application for Naturalization.

On May 19, 2017, the Respondents filed their Motion To Dismiss For Insufficient Service of Process(#9).

On June 1, 2017, the Petitioner filed his Response(#12) to the Respondents' motion and the Respondents filed their Reply(#13) on June 7, 2017.

The Respondents' motion to dismiss is still pending before the Court.

The Respondents have not filed their Answer in this case.

The Respondents' position is that they have only appeared in this case for the limited purpose of filing their motion to dismiss(#9).

Therefore, in the interests of conservation of resources and to promote an orderly adjudication of this case, the Parties join and respectfully request that the Court Order that the discovery period in this case shall not commence until the date on which the Respondents file their Answer and that the Joint Discovery Plan and Scheduling Order shall be due no later than 10 days after the Respondents file their Answer.

DATED this 3rd day of July, 2017.

JOINTLY SUBMITTED BY:

/s/ Luther Snavely

---

LUTHER SNAVELY, ESQ.
NEVADA BAR NO. 5507
REZA ATHARI & ASSOCIATES, PLLC
3365 PEPPER LANE, SUITE 102
LAS VEGAS, NEVADA 89120
Ph#: (702) 727-7777
Email: luthersnavely@atharilaw.com
Fax#: (702) 458-8508
ATTORNEY FOR THE PETITIONER

/s/ Joseph F. Carilli, Jr.

---

JOSEPH F. CARILLI, JR.
NEW HAMPSHIRE BAR NO. 15311

TRIAL ATTORNEY
U.S. DEPT. OF JUSTICE
CIVIL DIVISION
OFFICE OF IMMIGRATION LITIGATION
DISTRICT COURT SECTION
P.O. BOX 868, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
Ph#: (202) 616-4848
Email: joseph.f.carilli2@usdoj.gov
ATTORNEY FOR THE RESPONDENTS

## ORDER

IT IS SO ORDERED this __3rd__ day of __July__, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that a status hearing is scheduled for 11:00 AM, January 4, 2018, in Courtroom 3D.