# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| SERGIO MARTINEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>        Defendants. | 2:17-cv-00471-RFB-VCF<br>**ORDER** |

       Before the Court is *Sergio Martinez v. U.S. Citizenship and Immigration Services, et al.*, case no. 2:17-cv-00471-RFB-VCF. A discovery plan and scheduling order has been entered. (ECF No. 19).

       Accordingly,

       IT IS HEREBY ORDERED that the status hearing scheduled for 11:00 AM, January 4, 2018, is VACATED.

       DATED this 2nd day of January, 2018.

                                                    CAM FERENBACH<br>                                                    UNITED STATES MAGISTRATE JUDGE