CHAD A. READLER
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
TIMOTHY M. BELSAN
Senior Litigation Counsel
JOSEPH F. CARILLI, JR.
N.H. Bar Identification No. 15311
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4848
E-mail: joseph.f.carilli2@usdoj.gov

*Attorneys for Respondents*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SERGIO MARTINEZ, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES CITIZENSHIP AND ) <br> IMMIGRATION SERVICES; UNITED ) <br> STATES DEPARTMENT OF ) <br> HOMELAND SECURITY, ) <br> ) <br> Respondents. ) <br> _____ ) | Case No.: 2:17-cv-00471-RFB-VCF <br><br> **JOINT STIPULATION AND ORDER FOR STAY OF PROCEEDINGS** |

The Parties, by and through their respective counsel of record, hereby stipulate to a stay of the proceedings. On March 30, 2018, the Parties submitted a Joint Pretrial Order. ECF No. 25. Petitioner requests that the Court to conduct a hearing *de novo* under 8 U.S.C. § 1421(c) to determine Petitioner's eligibility to naturalize.

Good cause exitst to grant this stay. U.S. Citizenship and Immigration Services will re-open Petitioner's N-400, Application for Naturalization, to conduct an examination on his application for naturalization pursuant to 8 C.F.R. Part 335.

Respondents will enter a status report upon scheduling of the examination, upon completion of the examination, and upon the subsequent decision on his application for naturalization.

Date: May 8, 2018

Respectfully submitted,

/s/ Luther Snavely
LUTHER SNAVELY, ESQ.
Nevada Bar No. 5507
Reza Athari & Associates, PLLC
3365 Pepper Lane, Suite 102
Las Vegas, NV 89120
Ph#: (702) 727-7777
Email: luthersnavely@atharilaw.com
Fax#: (702) 458-8508

*Counsel for the Petitioner*

CHAD A. READLER
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

TIMOTHY M. BELSAN
Senior Litigation Counsel

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
N.H. Bar Identification No. 15311
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4848
E-mail: joseph.f.carilli2@usdoj.gov

*Counsel for the Respondents*

IT IS SO ORDERED

_____
RICHARD F. BOULWARE II
U.S. DISTRICT COURT JUDGE
Dated: May 15, 2018.

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served via the court's electronic case filing system on May 8, 2018.

                                            /s/ Joseph F. Carilli, Jr.
                                            JOSEPH F. CARILLI, JR.
                                            N.H. Bar Identification No. 15311
                                            Trial Attorney
                                            United States Department of Justice
                                            Civil Division
                                            Office of Immigration Litigation
                                            District Court Section
                                            P.O. Box 868, Ben Franklin Station
                                            Washington, D.C. 20044
                                            Telephone: (202) 616-4848
                                            E-mail: joseph.f.carilli2@usdoj.gov

                                            *Counsel for the Respondents*